IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-03496 BKT

CARMEN MILAGROS CINTRON NEGRON

Chapter 13

XXX-XX-6955

FILED & ENTERED ON 12/19/2012

Debtor(s)

ORDER

The trustee to state position within ten (10) days as to debtor's expedited motion filed on 12/18/2012 (Docket No. 36).

SO ORDERED.

San Juan, Puerto Rico, this 19 day of December, 2012.

Brian K. Tester
U.S. Bankruptcy Judge

cc:    DEBTOR(S)
       MARILYN  VALDES ORTEGA
       JOSE RAMON CARRION MORALES
       US TRUSTEE